Peter Strojnik,
7847 N. Central Avenue
Phoenix, Arizona 85020
Telephone: (602) 524-6602
ps@strojnik.com

FILED ✓   LODGED ___
RECEIVED ___   COPY ___

FEB 1 0 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Peter Strojnik,

    Plaintiff,

vs.

W2005 New Century Hotel Portfolio, L.P. dba Homewood Suites By Hilton Phoenix-Chandler; Hilton Worldwide Holdings, aka Hilton Franchise Holdings, LLC aka Hilton Holdings, LLC,

    Defendant.

Case No: 2:21-CV-00128-DWL

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff gives notice of dismissal of federal action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A).

    DATED this 8th day of February, 2021.

**PETER STROJNIK**

_____
Plaintiff

Mailed to the District Court this 8th day of February, 2021 and thence distributed through PACER.

/s/